AO 91 (Rev. 08/09) Criminal Complaint

UNDER SEAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>YUSUF ABDIRIZAK WEHELIE<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:16-MJ-302<br>)<br>)<br>) |

FILED
JUL -7 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 18, 2016__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(g) | Possession of Firearms by a Convicted Felon |

This criminal complaint is based on these facts:
the defendant knowingly and unlawfully possessed firearms while being a convicted felon.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
John Gibbs, AUSA

_____
*Complainant's signature*
Richard Gaylord, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __July 7, 2016__

City and state: __Alexandria, Virginia__

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Judge's signature*

The Honorable John F. Anderson, United States Magistrate Judge
*Printed name and title*