AO 442 (Rev. 01/09) Arrest Warrant

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED JUL -8 2016 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

RECEIVED UNITED STATES MARSHAL 2016 JUL -7 PM 1:48 EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

United States of America
v.
YUSUF ABDIRIZAK WEHELIE

Case No. 1:16-MJ-302

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* YUSUF ABDIRIZAK WEHELIE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Possession of Firearms by a Convicted Felon; 18 U.S.C. §922(g)

Date: July 7, 2016

/s/
John F. Anderson
United States Magistrate Judge

City and state: Alexandria, VA

*Printed name and title*

### Return

This warrant was received on *(date)* 7/7/16, and the person was arrested on *(date)* 7/7/16
at *(city and state)* Arlington, Virginia.

Date: 7/8/16

*Arresting officer's signature*

Richard Gaylord / Special Agent
*Printed name and title*