IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                         ) | Case No. 1:16-CR-162 |
| ) | |
| YUSUF ABDIRIZAK WEHELIE,    ) | Hon. Gerald Bruce Lee |
| ) | |
| Defendant.                  ) | |

### ORDER

This matter comes before the Court on Defense Counsel's motion to withdraw from further representation of the Defendant in light of substitute counsel having made her appearance. For the reasons stated in counsel's motion to withdraw and for good cause shown, counsel's motion to withdraw from further representation of the Defendant in this matter is hereby granted, and it is

**ORDERED** that the Office of the Federal Public Defender is relieved from any further representation of the Defendant in this matter.

The Clerk is directed to send copies of this Order to all counsel of record.

ENTERED this ___6th___ day of ~~August~~ September, 2016.

/s/
Gerald Bruce Lee
United States District Judge

_____
Hon. Gerald Bruce Lee