**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.   1:16-CR-162 (GBL) |
| | : | |
| YUSUF ABDIRIZAK WEHELIE, | : | Sentencing Date:  April 28, 2017 |
| | : | |
| **Defendant** | : | |

## MOTION TO CONTINUE SENTENCING

This Court filed a *sua sponte* Notice of Possible Upward Departure and invited counsel to request additional time to prepare to respond.  Counsel for Mr. Wehelie is expected to be in a jury trial through Thursday of this week before the Honorable Leonie Brinkema and therefore requests that the sentencing now scheduled for April 28, 2017 be continued.  Counsel is scheduled to be on travel between May 4, 2017 and May 12, 2017 and therefore requests that the sentencing be rescheduled on May 26, 2017, June 9, 2017 or June 16, 2017.

Dated: April 25, 2017	Respectfully Submitted,

YUSUF ABDIRIZAK WEHELIE
By Counsel

             /s/             
Nina J. Ginsberg, Esquire
*Counsel for Defendant*
Virginia Bar No. 19472
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Tel: (703) 684-4333
Facsimile: (703) 548-3181
nginsberg@dimuro.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

I further certify that a copy was also sent by e-mail to Terrell C. Sewell, U.S. Probation Officer, at Terrell_sewell@vaep.uscourts.gov.

                                            /s/
                                   Nina J. Ginsberg, Esquire
*Counsel for Defendant*
Virginia Bar No. 19472
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Tel: (703) 684-4333
Facsimile: (703) 548-3181
nginsberg@dimuro.com