## ATTACHMENT A

Recording date – 3/30/2016

YW = Yusuf Wehelie

UC = UCE #1

[UI] = unitelligible

_____

**<u>Begin at 1:20:27</u>**

**YW:**   You know ,I'm having a hard time with my house you know.   I don't got nothin really goin on for me you know?   So..My dad was goin on me, they just...from their [UI], they just want to be down you know [UI]. Like, ....

**UC:**   Aaahhhhh

**YW:**   inside the crib you know.   I ain't doin shit.

**UC:**   See ,that's the other thing man.

**YW:**   So I'm down tryin.   I'm really down tryin to get the heck out. But, I'm just in a corner.   You feel me?   I'm just stuck.

**UC:**   So let me ask you this...Worst case scenario, we get you on a boat and you go.   Do you think they will like...

**YW:**   Nah, cause I talked to my dad...You know, you know...they probably wouldn't, they never would.   And plus they would…   You know I talked to my dad and he knows I bang with them.   And he's just like..man if you want to do jihad.you think of jihad, then go do it.   be a martyr.   go ahead, be a man.   I want you to chase your dreams...like...

**UC:**   So he's fine with it?

**YW:**   Yeah...he basically...yeah...he basically doesn't have a problem with it, just don't be a talker.   You know.   Straight up..be a real man...just don't be a talker.   Just don't be those talker guys..   Who are walkin around here bein hot, talkin about going...you know...

**UC:**   That's what I'm sayin about being careful.

**YW:**   Yeah

**UC:**   You know you say the wrong thing...

**YW:**   yup.   No they never say nothin.   They know I love them. they know.   I told my mom in 2013 that I was goin to Dar Ul Islam, Dar ul Iraq and sham...like straight up.   [UI] Who are they?   That was before they were even in the news and shit.   They see them on the news and they said, oh you definitely…you think those are your boys and stuff.

**UC:**   Right

**YW:**   And I'm like, hell yeah.   Like [UI]…..Don't you want to help your country?   And I'm like… I don't care about Somalia, Somalia is not where I [UI].   I never heard of it…[UI]

**UC:**   Are you already done?

**YW:**   Yeah, this is done.   I just need to open your phone.

**UC**:   Yeah, oh hell yeah.   The button on this is weird man.

**YW**:   but yeah Um… they actually, you know those Shabaab dudes? You ever heard of em?  Al Shabaab in Somalia?

**UC:**   Yeah

**YW**:   Yeah, they're under Al-Qaeda and such.

**UC**:   But they're not with us.

**YW**:   No they're not with us. [UI]   Al-Qaeda is terrible, bro.   Al-Qaeda just takes [UI].   They flipped up the script, man they..they terrible.   Like the ones in Syria?   Those guys are Kafrs.   They're Kafrs bro.   AQ.   I'm not saying all of them are just the ones in Syria are.   Those are the ones they kill us.   They kill anyone who moves us.   They want to remove the land from [UI].   You feel me.   Like…So you against it.   Over in AQ Yemen, we work together.   They work with us.   In Africa, they work with us.   We cool.   You know.   But the ones in Syria, they acting out.   The ones in Somalia too.   The ones in Somalia…Some dudes from Shabaab, they [UI] 20 dudes.   Some old head in my grandmother's area.   I'm with my brothers, I'm with the real ones. I made bayat you know.   I'm with the brothers. And then Shabaab started tryin to go kill them, you know.   Huntin them down.

**UC:**   So have you done that yet?   Have you made Bayat?

**YW:**   Oh yeah.   To myself in my room.   Yeah, just…That's all you need though. Just once I go there, definitely.

**END at 1:23:10**