ATTACHMENT B

**Transcript of March 30, 2016** (02:30:29 – 02:37:22)

Recorded on 03/30/2016

YW = Yusuf Wehelie

UC = UCE #1

[UI] = Unintelligible

_____

**Begin at 02:30:29**

**YW:**   It's only eight minutes [followed by some Video Audio] So yo, this is not that long, so if you wanna listen to it.

**UC**:   So this is the one that …

**YW**:   When he stamped them in, yeah… that's when he stamped them in.

**UC**:   So this is the one that made you want to do it.

**YW**:   Oh yeah, cause he really knew which right and he was telling me which Jannah, which group is the right one, ya know, from the Koran Sunnah… and I always loved him cause he was always like, he always spoke the truth, ya know,  he was never scared and the whole world was chasing him right now, ya know.

**UC**:   You know brother, in everything we do, there's always, uh, two sides to look at, one, is, ya know, why are you doing it?

**YW**:   Yep.

**UC**:   And then there's always, what next?

**YW**:   Yeah.

**UC**:   So, you kinda told me why you doing it.  And the what next is, you know, how are you going to get there? Okay, we got that, so now let's talk about the what if. So, what if you get there, what are you going to do?

**YW**:   Going straight to training. [UI] I'm there to like, really, I was thinkin about it too, they're saying brothers who don't, don't expect too much, ya know, and you're respected, if you're a man and you want to do it, you can go live in society, you wanna join? Alright, you join the

1

Army? Don't expect to live past a year or two…They tell you that. That's like the most beautiful thing if you hear that, you know, you can imagine you sacrifice yourself for Allah, ya know, I'm just doing it for myself, I'm not trying to be selfish, I wanna to go to Jannah, I wanna skip the [UI], the punishment or the grave, I wanna skip the 50,000 years when Allah, before the Judgment Day, Allah makes everyone, resurrects them and he just brings the Sun on top of everyone's heads, and Allah is so mad at everyone ya know all of a sudden these people are [UI], for 50,000 years, people are just standing, so imagine for 50,000 years you are standing ya know.

**UC**:    [UI]

**YW**:    For 50,000 years you're just standing, even the people that know they are going to the hellfire, they're like man, I'm just trying to go to hell, ya know like let's just get this over with, 50,000 years and the punishment of the grave, and now you're going to hell, you know like, we all have a chance going to Hell, so that's the best thing, which is also the best jihad, the best deed to Allah is to sacrifice yourself for him, ya know, and the best shahid is the one who jumps into the frontline with no armor on ya know, that makes Allah laugh, that makes Allah smile, ya know, wow, this is my slave, he really, he really loves me, ya know, he really, he really sacrificed everything ya know, he put all his trust into me. He wants to sacrifice his life for me, to fight for me ya know.

**UC**:    So let me ask you this, and it kinda goes toward dedication, so what if, you can't get on the boat? And you can't go, and you're stuck here? Then what?

**02:33:30**

**YW** :    And if I'm really stuck here… then, I'm gonna go out.

**UC**:    How are you going to do that?

**YW** :    You just [UI] talk to you and maybe get a one k fully ya know, a clip or two, and then go on in a spot, spray.

**UC**:    Grab a AK-47 and…

**YW**:    Get to work.

**UC**:    Go to work.

**YW**:    Go to work, kill as much people as I can [UI].

**UC**:    If you had to pick a place, where would it be?

**YW**:    I would say, I would like the recruitment centers.

**UC**:    Recruitment centers? Why the recruitment centers?

2

**YW**: There's a bunch of soldiers there.

**UC**: Why there instead of someplace else that's…

**YW**: Cause I think that would be less security and more damage I can do. If I'm gonna do that I want to do a lot of damage and I don't want to get one guy, I want to get like 20 of them or something ya know, like I don't want to, it would be nice if more people, we could go to a nice spot ya know, like a really strategic place, but you know this area, it's basically impossible, ya know, so nothings impossible, but it's very difficult, other than that, that's in any shopping center, ya know, you just catch those niggas just sitting in there ya know, in Springfield, you see them chilling in there, hey what's up? Come there one day, come in one day, act like I'm cool, [UI] a sign up ya know, show my face ya know, [UI] sign up, they're like okay, next time they see me open arms, next time just, I don't know, like nothing [UI] it's gone, it's the whole spot gone.

**UC**: Just empty the clip.

**YW**: Just empty the clip, everyone [UI] at me.

**UC**: Which recruitment center? Army, Air Force, Navy, where?

**YW**: Anyone, especially I would love to catch Marines, I hate those guys.

**UC**: Why the Marines?

**YW**: Cause they think they so tough, they think they're so bad, ya know they think they're number one and that's the number one so called badass right? Like the toughest American [UI] from all those guys are the Marines.

**UC**: Yeah.

**YW**: Those mother fu\*\*ers… pu\*\*ies.

**UC**: You see that's the kind of thing umm, ya know [UI] was talking about [UI], how dedicated are you, cause I'm telling you man, this is the next level sh\*t.

**YW**: Oh yeah, it is, it's actually next level, but I love it, I really, I'm telling you, I love it.

**UC**: You just don't know how, how much man, how much I have to, you have no idea man.

**YW**: I bet, I bet bro.

**UC**: For me to go from where I was to doing this and then how we me.

**2:36:00**

**YW**: [UI] Allah, Allah is one, it's the truth, if you want the truth Allah will make a way for you.

**UC**: So, so plan A, get you on a boat, plan B.

**YW**: Maybe if the boat doesn't work, maybe try to like, I don't know, maybe a plane, ya know, get a nose ring, ear ring, tatted up, go out all out.

**YW**: If that, [UI] then yeah, plan C is guaranteed, and my cousins are down so will probably be us three running up in the spot.

**UC**: Your cousins are down with it too? They can't get on the boat?

**YW**: If they can't, oh yeah, we're doing it, we're doing it inshallah, even if, we even think even if inshallah [UI], a grenade, even a belt ya know.

**UC**: Hey now, if you want grenades now, you wanna, what kind of belt you want, you want a vest or a belt?

**YW**: Not that it matters, just cause ya know when you're in those types of moments, when you're in there and you're outnumbered and you're about to get shot, and you're about to ya know, just let me take out 20 while I'm gone.

**UC**: Now I'll tell you this, you pray for rain, you gotta deal with the mud, so if you're asking for me to get you some, some straps like that?

**YW**: Yeah.

**UC**: I can get it.

**YW**: Yeah, I want that, I want that, but Inshallah, if I get to plan C, cause I still wanna go over there, still wanna marry a bad girl, get a concubine ya know…

**End at 02:37:22**

4