IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 1:16-CR-162 (GBL) |
| | : | |
| YUSUF ABDIRIZAK WEHELIE, | : | |
| | : | |
| Defendant | : | |

## MOTION TO ATTACH STEJSKAL REPORT TO THE PRESENTENCE REPORT

Defendant, by counsel, respectfully moves this Court to attach the forensic mental health evaluation prepared by Dr. William J. Stejskal, Ph.D. to the presentence report (See Dkt. No. 40, Exhibit 1, Filed Under Seal) filed in this case and to direct that it be sent together with the presentence report to the Bureau of Prisons as part of Mr. Wehelie's medical record. In support of this motion, Mr. Wehelie states that the information contained in Dr. Stejskal's report is necessary for the Bureau of Prisons' designation process and to inform the Bureau of Prisons of the nature and extent of his ongoing mental health treatment needs.

Dated: July 18, 2017

Respectfully Submitted,

YUSUF ABDIRIZAK WEHELIE
By Counsel

/s/
Nina J. Ginsberg, Esquire
*Counsel for Defendant*
Virginia Bar No. 19472
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Tel: (703) 684-4333
Facsimile: (703) 548-3181
nginsberg@dimuro.com

MOTION GRANTED.

Entered this 20 day of July 2017

/s/
Gerald Bruce Lee
United States District Judge

Gerald Bruce Lee
United States District Judge

1